IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHRISTOPHER MICHAEL DEMASI,

    Petitioner,

    v.

WARDEN LEU,

    Respondent.

Case No. 2:24-cv-526

## ORDER

Petitioner Christopher Michael Demasi seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, to challenge residential placement decision by the Federal Bureau of Prisons. ECF No. 1. The Warden moved to dismiss the petition, and the petitioner filed a response. ECF Nos. 7 (motion), 8 (memorandum), 10 (opposition). The petitioner did not file a response to the motion. Before the Court is an unopposed report and recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, concluded that the motion to dismiss be granted and the petition be denied and dismissed with prejudice. ECF No. 12.

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 12 at 15–16 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States*

*v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 12) is **ADOPTED.**

The respondent's motion to dismiss (ECF No. 7) is **GRANTED**.

The petition for a writ of habeas corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ *JKW*

Jamar K. Walker
United States District Judge

Norfolk, Virginia
January 27, 2026